Name: James STRADER #20000036315

Address: Hutchinson Correctional Facility
P.O. Box 1568
Hutch, Kans. 67504

Page 1 of 29
all Documents attached are also for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

James Strader, Plaintiff
(Full Name)

V.

City Confidental A+S Network, Defendant(s)
any known and unknown
Network who showed
Documentary on Benjamin Appleby
any known or unknown
producers of the show
Unknown Kansas officials

CASE NO. 25-3260-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) James STRADER (Plaintiff), is a citizen of Kansas (State)

who presently resides at Hutchinson Correctional Facility
(Mailing address or place of confinement.)
P.O. Box 1568 Hutch. Kans 67504

2) Defendant T.V. Show City Confidental (Name of first defendant) is a citizen of
Unknown (City, State), and is employed as
All Involved in Production of Benjamin Appleby
Documentary (Position and title, if any) Case of Alley Kemp

claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Officers and K.B.I. official Involved
working For State of Kansas SEE:(Bivens)
SEE: LATTER; State officials

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

1

Legal
Footnote

Mr. Appleby says those charges in Missouri, the show speaks of on Him, with lewd acts with minor's is false untrue and thats not what He was in prison for. Statement made to Mr. Strader, when He confronted Him last week about City Confidential after finding out all is said.

[signature]

3) Defendant __A&E Network__ is a citizen of
   (Name of second defendant)

   __UN known__, and is employed as
   (City, state)

   __Showed City Confidential in State of Kansas__. At the time the
   (Position and title, if any) Documentary of Benjamin Appleby
                                Case of Alley Kemp Rape & murder

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   __Federal Law Suite and Tort Claim__
   __Bivens         - 28-U.S.C. Laws - 42 & 43 -__
                                              USC Law

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   In Month of July year 2025
   MR. STRADER found out That City
   confidental was airing To The Public
   False Information That Has affected
   His Appeals and Endangered His
   Life -- Alleged That He is a
   Child molester when He is NOT
   Those are Charges of Benjamin appleby
   In State of Missouri - MR. STRADER Has
   Never Been convicted of any charges against a child
   No pending Charges

4) Defendants — any known or unknown T.V./New Network, City confidential Has Allowed To Show Their Documentary of The Benjermin appleby Case of Alley Kemp, Murder and Rape.

5) Defendants known or Unknown To City confidential T.V. Show who profitted off this Show using The Photo of alleged To be James Strader and James Strader's Name

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Life Endangerment By False Information to the Public MR. STRADER Signed No Approval For The Show and Signed a Denile of any show while in Richfield Utah. Jail,

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

The T.V. Show City Confidental Un True Facts Has Lead People to believe MR. STRADER is a Sexual Predator and child molester In Documentary of Benjermin Appleby The murder and Rape of Alley Kemp

B) (1) Count II: Slander Use of MR. Straders Name In The T.V. Show City Confidental

(2) Supporting Facts: MR. STRADER Signed a Denil of Authorization in Richfeild Utah For any show's to air on His arrest No Authorization was Signed By Strader For City Confidental

C) (1) Count III: False Information To the Public played on Prison Channels and Displayed on Lexis Nexis

(2) Supporting Facts: MR. STRADER IS an Innocent Man in Prison with Torts Going on over actual Innocence claim and manifest of Injustice

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: whar Court Deems Fit and MR. STRADER Does not want money He wants a Decumorary Dree on His Innocence and The Torts Involved and whar He's Gone Through and The Retaliations By Officals (SEE: attached Documents Filed Reno. Co. Kan.)

_____   _James Strader_____
Signature of Attorney (if any)        Signature of Plaintiff

(Attorney's full address and telephone number)