ELECTRONICALLY FILED
2025 Oct 28 PM 4:43
CLERK OF THE RENO COUNTY DISTRICT COURT
CASE NUMBER: RN-2025-CV-000037
PII COMPLIANT

*Exhibit*



| | |
|---|---|
| **Court:** | Reno County District Court |
| **Case Number:** | RN-2025-CV-000037 |
| **Case Title:** | James Strader  vs. Trish Rose, et al |
| **Type:** | ORD: Dismiss Order of Dismissal |

SO ORDERED,

/s/ Honorable Greg Bell, District Court Judge

Electronically signed on 2025-10-28 16:43:50          page 1 of 3

ELECTRONICALLY FILED
2025 May 15 PM 2:17
CLERK OF THE RENO COUNTY DISTRICT COURT
CASE NUMBER: 2003-CR-000173
PII COMPLIANT

# CLERK OF DISTRICT COURT

**Twenty-Seventh Judicial District**
Reno County Courthouse
206 West First Street
Hutchinson, Kansas 67501
620-694-2956

Date:   May 15, 2025

To: James Strader

Re: Documents filed                              Case Number:  03CR173

From:   Clerk of the District Court, Reno County, Kansas

Your documents have been received and filed with the Court. Courtesy copies of the filings have
been included with this letter. Any further documents requested from this office are $.25 per
page. Payment is required before copies can be sent.

Sincerely,

Deputy Clerk of the District Court

Enclosed:
- File stamped copy of Correspondence from Defendant
- File stamped copy of Cause of Action

*Court is Abridging Access*
*Using The Clerk*

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/03/25 09:03 CST | Black/White | B1 | 02,0B1249 |

From: James Strader on 03/03/25 07:47 CST

In the district court of Kansas *Supreme court and Reno county Kansas*

James Strader
Vs. ~~State~~
State of kansas

Comes now James Strader informa pauperis
This date of *April — 17 —* 2025
From respondent's custody at
The Hutchinson correctional facility
Po box 1568 Hutchinson Kansas 67504
Seeking late/out of time docket rule 2.04

*Case No
original No. 03-cu-173
2005. 95507-A*

(Cause of actions)

*Out of Time Docket Rule 183F/Rule 111
actual Innocence*

1) newly discovered evidence of unlawful conviction s . unconstitutional convictions ... *Innocence*

2) manufactured evidence by prosecution

3) fabricated testimonies

4)Caldwell violation s false and manufactured testimonies to jury

5) evidence not in evidence used at time of trail under ksa 60-455 now ruled unconstitutional violation of ksa 60-421

6) alleged case out of state of Missouri used at trial as testimony by law enforcement/witnesses for prosecution Benton co. Missouri case#03cr692309 dismissed with prejudice certified dismissal by prosecution
Based on forensic Mr Strader presented through the mail represented his self.
*Prove prejudice testimonies and misleading information to jury creating caldwell*

7) illegal sentence s ksa22-3504.
Rule11.01 ksa 75-764

8) rule 6.09 ksa 60-2101b_____ksa 60-3602e
Constitutional law was not followed time of appeals see: ksa 21-6801 constitutional law proceeds.

9) Mr. Strader is not a attorney the district courts have denied him that legal right and deprived him of liberty and his. innocence ksa 76-3002 and his intellectual abilities the clerk of the supreme court refused to recognize violation of reto law ksa 21-6622
See state of Kansas vs. Corbin officers caused brain injury while in custody and neck life threat surgery june-21-2023
Protection from abuse acts of torts whil in custody articles 31 and 31 b illegal body cavity

10) rule r1 manifest of injustice pages 171 and rule 183

Submitted with respect

*James Strader*

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/03/25 18:04 CST | Black/White | B1 | 02,0B1249 |

From: James Strader on 03/03/25 03:04 CST

In The District court of _The Kansas supreme court and Reno county Kansas_

James Strader

Vs. _State of Kansas_

Case no. Provided by

State of Kansas _clerk of the court_

_Case No. 03-cr-173_
_2015-95507-A_

Actual Innocence claim

Comes now James Strader this date of _Apri) - 17 -_ 2025 information pauperus

Pro se. from respondent's custody at the Hutchinson correctional facility ,P.O Box 1568

Hutchinson kan. 87504

_Actual Innocence_

( Cause of action )

1) actual factual innocence, newly discovered evidence

2) unconstitutional conviction and illegal sentence

3) Caldwell violations, false and untruthful information and testimony provided to the jury to include manufacturing of evidence
Fabricated testimony. Violations of Jenks and Brady laws all damaging and prejudice to defense. Identification of another man who was on
trial for same crime as Mr. Strader who was dismissed without prejudice by same judge Rome after Mr Straders unlawful conviction. Use of a
alleged crime under
k.s.a 60-455 a now dismissed case with prejudice certified by prosecution clears by forensics ,out of Benton co. Missouri case #03cr692309
Mr Strader represented his self through the mail prosecution new charges were re called 2003 another man identified
Ksa 60-455 now ruled unconstitutional
Hard fifty sentence s now ruled unconstitutional as well.

4) unfit judge corrupt judge Richard J. Rome
Removed from bench for disciplinary actions such as exception of bribes not just state but also federal.
Removed for mental health handy cap made unfit to reside as judge. Bi polar , manic depressant disorder,. Dementia/Alzheimer's etal.

5) Forensics K.B.I. lab tech. Not licensed or certified at time of forensics testing
(See: state of Kansas vs. Benjamin Appleby

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/05/25 15:33 CST | Black/White | B1 | 02,0B1249 |

From: James Strader on 03/03/25 03:37 CST

(Page 2 actual innocence claim)
6) rights to fair trial and due process rights
Prelim hearings not held in time limits
Speedy trial not held in time limits
Discover evidence of innocence held back from defense.

_____(description of facts)_____

1) Judge allowed at request of prosecution false information to be lead to the jury
When prosecution Schroeder , now judge Schroeder, asked for approval of a prejudice testimony to be used under ksa 60-455 a now ruled unconstitutional statue that violated ksa 60-421 evidence not in evidence
A out of state case that the elements were worse than the elements of the trial
The use of Missouri law enforcement and witnesses from now dismissed with prejudice certified by prosecution case#03cr692309 prosecution in Kansas used fabricated testimony's creating also Caldwell violations and use of evidence not in evidence
Misleading information to a jury and judge
Cause of dismissal of that case forensics and identification of another man
Held back from Mr Strader s defense for a century and recall of those charges in 2003
Which also discredit s Johnson co. Kansas
Witnesses and law enforcement testimony.

2) forensics found at scenes pointed out attack areas was no match to Mr Strader
But a unknown suspect not in state or Federal criminal data base
Cutting of carpet DNA found, was not Mr. Strader s, but unknown suspect

DNA on toilet found , found not to be Mr.Strader

Drinking glass finger prints and DNA found, found not to be Mr Strader.

Finger prints found at attack scene and struggle , found not to be Mr. Strader

DNA on Mr Strader s knife was found to be only his and not alleged victim who said had been stabbed. also found animal DNA
No match to victim

3)alleged victim said riffle had Daisy brand on barrel
Riffle found in Mr. Strader trunck not of daisy brand.

4) alleged victim didnt report crimes her self not reported till after finding police searched home. Found narcotics
Gave three different stories.

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/03/25 09:20 CST | Black/White | B1 | 02,0B1249 |

From: James Strader on 03/03/25 04:14 CST

(Page 3 factual innocence discription )

(Cont.4)

Alleged victim gave three different police venues three different stories how got away and that she did not know his name but used the name Jim Bob or Jim Bob. Kc.Mo. report

Mr. Strader never gone by that hates even being called Jim.

Alleged victims discription of suspect was he had red beard three days growth no tattoos and smoked. And smokes crack

Mr. Strader had tattoos even on left hand

Has never had red beard or smoked or smoked crack.

Mucous tests, lung biopsy,blood work will prove this plus hair fulical test

Mr. Straders hair was bleach blond natural and beard looks blk when growing in always has

Alleged victim stated she went in to pay for gas at gas station by her self and returned to the man

Alleged victim stated that she went in to check cashing place by her self and returned to the man

Why did she return ?

Why not scream?

Why not ask for help?

Why didn't she tell one of the clerks ?

5) prosecution held back evidence of innocence and alibis found

Times they said crimes occurred a police report put strader at Joe Jackson s home with joes son

Strader also talked to joes sister 2x on the phone and joes sons girlfriend 2x on the phone and didn't leave their home till around 11:am police said crimes happed at 9:am

Police report s also place him there

Joes home was robbed

Gene Yorks son also a alibi for that after noon

Prosecution s witness Gary Lee Mason

Long history of violence against women and arrest record plus history using crack also red/brown beard and hair

Stolen phone from alleged victims home had her prints , masons prints and his girlfriends

Her prints still on phone proves not wiped down

Mason's neighbor saw him place trash bag of clothing in believed to be straders car and what looked like a pool que in a blanket

Manson also stole Mr straders identity and drivers license

Because his long history drinking driving and warrants for abuse of women, drugs and history of robbery arrests

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/03/25 09:12 CST | Black/White | B1 | 02,081249 |

From: James Strader on 03/03/25 04:48 CST

(Page 4 factual innocence discription)

6) Prosecution s officials manufactured evidence and testimony s to clear one of their own who had been identified one J.R. Mitchell reno co kan. Trial case #03cr389
Dismissed without prejudice by judge Rome same judge as Mr. Strader same judge who helped prosecution hide from straders defense that later came forward before his death in 2014 admitted what he and others did to Strader and others.

When evidence of innocence all came out kdoc official s started acting in torts with Mr Mitchell that lead to life threat injuries that lead to life threat surgery in June 21-2023
Mr strader also had a brain injury at hands of officials Mr Mitchell and his family and coe workers help cover up they tried to kill Mr strader to cover up his innocence and Mitchell s possible guilt and what p.d. and k.b.i. and distnct court judges and prosecution did.

Mr strader also took a lie detector test and passed

Mr strader went under hypnosis for prosecution and told the doctor he did not commit these crimes under hypnosis prosecution held back from jury and defense and judge
The cause for the hypnosis was Pryor head injury and black outs after car accident that caused a conviction in a unconscious walking state also illegal convictions

7) due process right to fair trial was clearly violated and deprived Mr strader of his freedom and innocence ksa 76-3002

8) charges and sentence s are multipliciously stacked and illegal

9) Mr strader has been denied a attorney for appeals and due process rights to state his claim ,officials refused to follow transport orders, not just to cover up his innocence and unlawful conviction s but his injuries to while in kdoc custody state of Kansas judges ordered

Jury venue changes were not followed
A jury member worked for victims famly

Factual laws of state of Kansas and federal laws of our constitution s state
These constitutional law violation s is a must vacate of sentence
Unconstitutional conviction

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| James Strader | 66677 | 03/03/25 09:05 CST | Black/White | B1 | 02,0B1249 |

From: James Strader on 03/03/25 05:19 CST

(Page 5 innocence conclusion of claim)

(Cont. 9)

Convictions are unlawful and illegal and a crime of tort in it self.

He has been left without attorney by judge rose of reno co. Kan for stages of appeals

Kdoc has not followed transport orders by the courts and judges dismissed over this. Also violations of due process right

State /kdoc has also used a impp 05-105d that is generative artificial intelligence that proved Mr straders innocence that later when he asked for records of caused retaliation s and torts and staff altering of events with other a.i. systems these systems were all used without permission and violated human anonomy rights of the human body

And caused part of Mr straders on going life threat injuries

Wherefore in prayer of relief an statement of claim

Mr strader asks for a full vacate and release from custody and any other damages court deems fit and or order of remand for orals in person

Mr Strader ask for full pardon and clemency

List of damage fall in realms of procedural criminal negligence

Monetary

Putinive

Mental anguish

Fright and shock

Embarrassment and humiliation

And mortifications

The law states in stages of appeals ksa 21-6801 constitutional laws must proceed and in early stages of appeals were not followed then either.

By law vacate is a must

Sincerely with respect submitted this date of _Abr'l. 17_ 2025 by prose left without attorney Mr strader

Signature _James Strader_

Certificate of service under penalty of perjury through us mail per ksa 21-3805 and 28-usc 1746

To _The Kansas Supreme Court    u.s. mail H.S.A. 21-3805_
_and Reno County Kansas May-12-2025_

From James strader

Hutchinson correctional facility

Po box 1568

Hutch. Kan . 67504

Late docket appeal to follow for out of time docket

_Comes Now in Request Per H.S.A. 22-4508 appeals counsel will_
_Need Indigent Defense will Need appointed..._
_midwest Innocence project also Looking In To and_
_so are other's_

Order  Leavenworth County

# Court of Appeals of Kansas

301 SW 10th Ave.
Topeka, KS 66612
(785) 296-3229

Clerk of the District Court
Leavenworth County
Leavenworth Justice Center
601 S 3rd St, Suite 3051
Leavenworth KS  66048

Appellate Case No. 127888

District Court Case No. 2022-CV-000073

James C. Strader,
Appellant,
v.
Kansas Department of Corrections,
Appellee.

## THE COURT HAS TAKEN THE FOLLOWING ACTION:

COA Order - Remanded to the District Court for Hearing

Denied: Mot for Involuntary Dismissal; Remanded for Albright v. State Analysis; Aplt Status Report Due 2/18/25; See Order for Further Instructions

Date: 01/17/2025

Douglas T. Shima
Clerk of the Appellate Courts

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

_Anderson_ Informal
BI-249

_STrader_
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

#66677
Number

### INMATE REQUEST TO STAFF MEMBER

To: _Records_     Date: _March-6-2025_

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Case# 03-CR-173

Need a NCIC check
For any Detainer's and want's or
Warrant's on me - STate and
Federal - If any pending Let me
Know so Can File 180 Day oit
Please & Thank you

Work Assignment: _____     Living Unit Assignment: B-1-249
Comment: _____     Detail or C.H. Officer: _____

Disposition: _____

To: _STrader  66677_     Date: _3-27-25_
(Name & Number)

Disposition: NCIC - no active Warrants.

_____
Employee's Signature

P-0009

To be returned to inmate.

```
                    KANSAS DEPARTMENT OF CORRECTIONS                 Page   3
                         INMATE DATA SUMMARY
```

Admitting Facility: El Dorado Correctional Fac. - Central          Report date: 11/16/2021
Type of admission: Guidelines - new court commit                  Date admitted:  7/ 9/2003

Commitment Name (LAST, First, Middle, Suffix)          KDOC Number:              0066677
STRADER,JAMES,C

### FAMILY HISTORY

-------------------------------------------------------------------------------------

### DETAINER INFORMATION

| Warrants/Detainers | Warrant No. | Date Issued | Date Withdrawn |
|---|---|---|---|
| Benton Co. MISSOURI | 03CR692309 | 09/17/2003 | 07/23/2019 |
| Johnson Co. KANSAS | 96C2332 | 11/17/1998 | 08/01/2001 |
| Reno Co. KANSAS | 03CR0173 | 09/17/2003 | 09/18/2003 |

-------------------------------------------------------------------------------------

### ESCAPE INFORMATION

-------------------------------------------------------------------------------------

*Dissmissed with Prejudice*
*certified by Prosec 2021*

07/23/2019 14:50    16584385755

BENTON CO CIRCUIT CT

PAGE 01/01

*Page 21*

## IN THE CIRCUIT COURT OF BENTON COUNTY, MISSOURI

STATE OF MISSOURI
PLAINTIFF

)
)
)
)    CASE NO: 03CR692309
)
)

JAMES STRADER
DEFENDANT

)
)
)
)

# RECALL OF WARRANT

By order of this court, the Warrant previously issued with regard to
the above defendant and case number has been withdrawn and the same
should be returned to the Circuit Court.

WARRANT NUMBER   03-ARWA-347

_7-23-19_
Date

_May Sever_
Deputy Clerk

CC:
      Court File

*I want my own arreing and get off it.*

STate of kansas prosecution
Has Caldwell violations
They provided False Info
To Jury when they used
This at TRial
Jenks and Brady Law
all In my favor
and Fact K.D.O.C. Employee
J.R. Mitchell a cop and
Family of cops was on Trial
For Same Crimes of Same Trial as I
Hes Case Read Col 03-cr-389
Diss missed with out prejudice

They used
This To
Obtain
all convictions    used to obtain all
                    convictions Buly
                    in Ks By prejudict Buly
                    Now Dissmissed with Pls
                    acquital with
                    prejudice
                    Cleared by
                    Forensics
                    and
                    prosecution

*Dismissal with prejudice By JGS clear - forensics and myself*

*JEFF, CANFIELD*    *P=JC 23*

## IN THE CIRCUIT COURT OF BENTON COUNTY, MISSOURI

*Geo'* *1912* **FILED**
JUN 1 3 2014
JUL 2 5 2013
Clerk of the Circuit Court
Benton County
(Date File Stamp)

| Judge or Division: | Case Number: 03CR592309 |
|---|---|
| LARRY M BURDITT | Offense Cycle No. (OCN): |
| Defendant's Name/Alias(es)/Address: | DOB: 21-JUN-1975 |
| JAMES CRAIG STRADER | SSN: |
| Alias: | |
| | Warrant Number: 03-ARWA-347 | Driver's License No.: |
| | Sex: | Height: ☐ Inches: | Weight: lbs. | Race: |

### Warrant for Arrest

**To Any Peace Officer in the State of Missouri:**

The Court having found probable cause that a crime has been committed commands you to arrest the above-named defendant who is charged with:

| | | |
|---|---|---|
| 1602000 | Kidnap-Facilitate Felony/Injur    565.110 RSMO | Felony B |
| 3101000 | Armed Criminal Action    571.015 RSMO | Felony Unclassified |
| 1402000 | Burglary 2nd Degree    569.170 RSMO | Felony C |
| 1100500 | Forcible Rape-Ser Inj/Weap/Etc    566.030 RSMO | Felony Unclassified |

alleged to have been committed within the jurisdiction of this Court and in violation of the laws of the State of Missouri. You are further commanded to bring the defendant before this Court to be dealt with in accordance with the law.

*If the cited offense is a misdemeanor, also complete the following:*

☐ The Court further finds reasonable grounds to believe the defendant, who is charged with a misdemeanor offense, will
   ☐ will not appear on summons.
   ☐ is a danger to the crime victim, the community or another person.

The officer serving this warrant shall execute in writing a return on this warrant to this Court.

COURT SEAL OF
BENTON COUNTY

*Jan 31, 2003*
Date

*Larry M Burditt*
Judge

By _____
Clerk

Bond Set at: $250,000    By Judge: LARRY M BURDITT

Bond Conditions: *EMT on conditions set by judge prior to release.*

Further Information:

### Officer's Return

I certify that I served this warrant in _____ County, Missouri on
_____ (date), by arresting the above named defendant and bringing him/her before the court on
_____ (date).

Sheriff's Fees
Fees    $ _____
Mileage    $ _____ ( _____ miles @ $ _____ per mile)
Total    $ _____

*Recalled*
Arresting Officer's Signature
*Diana Wood*
Title

OSCA (11-02) CR290 (ARWA)    For Court use Only: Document ID#: 03-ARWA-347    1 of 1    565.110, 571.015, 569.170, 566.030 RSMo

*Not Recalled in 2003 ↑    03-CR-173 cral*
*Held Back from Defense*

*Prosecution New in 2003 I dont do it*

a Tort By K.D.O.C. official

Jul 19, 2022

*Staying in tou[ch]
loved ones sh[*]*

learn more at[*]

Here you go. Yes, they know that a predator is stalking women and children through the contact information you've stolen from others. And they don't need a "big flashlight" to see all of your strange behavior on the tablets an in your mail. Matter of fact, they see everything you think you're hiding in your mind. Don't worry, we'll make sure everyone gets a copy of your kasper like you asked. Enjoy your permanent stay. ☒

RICK FREEMAN
1200 N. MAPLE
HUTCHINSON KS 67501

JAMES STRADER, 66677
LANSING CF
PO BOX 2
LANSING KS  66043-0002

Notary Stament
Nov. 25-2019
prisoners will this
I think I had
a B.Title on my
Hearby-SBO Do you

Iτ was my address Bootrs Took
This all Started before Deaths/murders/Rapes ar of These Books ...
— Echo michelle Lloyds death — Boorers co. Mo. Cold Case Now

This CARd sent By another STAFF
MEMber who Ran over SEP's
according To u/T/m matthew moore
This is a admission in These crimes
and Torts In It self
    The guys saying I Stole Her
    Crimes and Time and Damy This
office L. Threatened Her — Echo michelle Lloyd Now Cold Case Sald K.D.O.C.
) Sam County I Bear Those charges and
proved Innocence and F.B.I. Lol Tech and Lab
was Nor Licensed For Forensics Testing see: State v. appleby
The original

Request Transfer... or East unit seeking P.I. Job
or Higher H.C.E. PAY... E.C.F.... L.C.F..... Higher at
R.C.F. Pay

## Goals Procedure Chart

### Goal #1

| Identify Goal: | My GOALS Get the STAFF Involved In my Injuries and TORT's and the cover up of my Innocence ... and THEFT of my property Fixed and Charged with Judgement in cloth Sechon |
|---|---|

| I want to accomplish this goal by (When?) | As Soon as Possible |
|---|---|

| Why do I want to accomplish this goal? Because I am a Innocent man in Prison... and ONE of K.D.O.C. own Old I.I. who works on STAFF and — | was actually on Trial For It while He and others who Helped Him were COP's and the Scandals outs of STAFF Still Going on |
|---|---|

#### Steps that I will take to accomplish this goal.

1. Get a Job For Funds
2. Get Attorneys Involved ~ keep seeking the Torts case Filed
3. Get U.S. Marshals Involved and within I.A.
4. Get Judgments against K.D.O.C. in the courts
5. I've already Proven some 2 whole Teams Been Removed Just the
   one Some 2 Deputy wardens and a warden (L.C.F) (Same as E.O.C.F.)
   With Forced Retirements... Not Just Demotions

### Goal #2

| Identify Goal: | PROVE My Innocence all over again Since the Cover up of my Injuries Caused By STAFF That were Like Threat Occurred when That (T.V.P. evidence came out and Their Illegal use A.C. (05-1050) |
|---|---|

| I want to accomplish this goal by (When?) | As Soon as Possible |
|---|---|

| Why do I want to accomplish this goal? Because I want To Go Home and I am Innocent — | Always Have Been always was... SEE attached Document's a case I Bear on My own - No Attorney Based on Futures |
|---|---|

#### Steps that I will take to accomplish this goal.

1. Get Money Together and Get Good Paying Job
2. keep Seeking Pardon and Clemency... Even though Someone IN Records/Admin Rull why
3. Get a ATTORNEY
4. I already Have a Remand in Leavenworth Ken. Dismiss without
5. keep Filing... and Seeking Help as Have For almost
   25 yrs now — SEE attached Recall warrant Charge Dismissed

**Please remember, the goal sheet is to help ensure that your counselor can support your efforts to** with prejudice
**accomplish the goals you have provided.**

*NEEDS TO GO BACK TO Gillespie — UNIT TEAM ...Doing Review... she was NOT U/T For any Length Time During This Period except 1 1/2*

Name/# <u>Strader, James #66677</u>　　　　Bunk # <u>B1-249</u>

You are scheduled for a **March** review. **It will not be scheduled for any specific date; it will be done sometime between the 1st and the 15th of the month.** If you have any requests, make sure you ask at the time of your interview or submit them by form 9 prior to your interview.

You may make a change to your phone list **during** your review month. You do not have to wait until your interview to submit it but you **must wait until the 1st of the month to avoid being denied**. When you make changes on the kiosk, send me a Form 9 so I know to review and approve your new numbers. Be thinking of 2 long-term goals you want to work towards accomplishing before you release. One goal should be long-term (on or after incarceration) and the second goal can be short-term (within the next 6-12 months).

S. Gillespie, CCI

## Goal Setting

### Reasons Some People Do Not Set Goals

One reason people do not set goals in their life is because they do not want to be a failure. Failure is an event, not a person. Everyone has a failure once in a while, but no one <u>IS</u> a failure. Thomas Edison failed over 3,000 times before he finally invented the light bulb. You only truly fail when you give up.

Some people choose not to set goals because they have a low self-esteem. They feel that because of things they have done in the past that they cannot or should not succeed. Every human being has worth and every human being has something significant to contribute to society despite what they may have done in the past. Take a few minutes and write down everything you like about yourself. Visually picture yourself succeeding in your goals. You cannot change the past, but you <u>can</u> change the future.

Other people do not take the time to set goals because they do not know how to set goals and work towards them. The following information will guide you in setting and accomplishing constructive goals that will help you live a fulfilling life when you are released from prison.

### Goal Setting Checklist

Keep the following items in mind when you decide on goals to set for yourself.
<u>SMART</u> goals
1. Your goals must be <u>S</u>pecific.
2. Your goals must be <u>M</u>easurable.
3. Your goals must be <u>A</u>ttainable
4. Your goals must be <u>R</u>ealistic.
5. Your goals must be <u>T</u>imely

In addition, your goals should meet the following guidelines:
6. Your goals must be <u>YOURS</u>.
7. Your goals must be challenging.
8. Your goals must be supported.
9. Your goals must include contribution.

## <u>Please return to CCI Gillespie</u>

*I NEED COPY All This For my Attorney Records*

**2000036315 : STRADER,  JAMES C**    Receipt #SO10429130

Location: HCF B2-247

Package - Hutchinson    11/14/2025    *Copy 2*

Invoice :32663:HutchPack-11142025

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 60570 | 0 | 60570 Suave Body Wash Essential Milk Honey Splash | 5.95 | 0.00 |
| | | Out of Stock : 3 not filled | | |
| 98382 | 1 | 98382 Reese's Peanut Butter Cups Snack Size | 10.05 | 10.05 |
| 98938 | 0 | 98938 JJs Bakery Birthday Cake Crispy Rice Treat | 0.65 | 0.00 |
| | | Out of Stock : 1 not filled | | |
| 99017 | 2 | 99017 Oral B Indicator Medium Toothbrush | 4.95 | 9.90 |
| 20206 | 1 | 20206 OLD SPICE DEFENSE STRONGER SWAGGER | 12.65 | 12.65 |
| 71008 | 0 | 71008 Mrs. Freshley's Cremey Curl Honey Bun | 1.95 | 0.00 |
| | | Out of Stock : 1 not filled | | |
| 93009 | 1 | 93009 CARMEX ORIGINAL LIP BALM | 2.55 | 2.55 |
| 99998 | * 1 | PP SHIPPING & HANDLING | 5.00 | 5.00 |

| | SubTotal: | $40.15 | Tax: | $2.25 | Total: | $42.40 |
|---|---|---|---|---|---|---|

**6 items**    * Shipped separately.

Delivered By:    Date:    Total Purchase    $42.40

Resident:

By signing, I accept delivery of the above order. I have identified any discrepancies with this order and ensured the discrepancies are noted on this receipt by the Official delivering the order.

ALL OUT OF STOCK IDEMS I was CHARGED For By Bank was NOT REFunded yer

Page 1 of 1

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JAMES STRADER | 2000036315 | 11/13/25 18:34 CST | Black/White | B2 | 02,0B2247 |

From: JAMES STRADER on 11/09/25 12:43 CST

Multipart, contact letter

To director of the federal trade commissions

To, the director of the better business bureau

To, the director of the board of healing arts

To, the medical director of centurion health and regional director for the state failure to follow kdoc agreed contracts for to act as medical providers with individual notice of complaints.

To, the medical aramark and regional director Doyle Thomas, failure to follow medical diets and regular diets with individual need contracts with a kdoc. Failure to maintain regular schedule a for retail cart aramark makes inmate pay pay for illegal monopoly with in kdoc purchases of contracted companys such as access corrections. Union supply group visa and not following contracts held by to include price inflammation

To, the Sec. Of corrections of the Kansas dept of correction failure to maintain contracted company to follow state and federal agreed contracts.

To, the director of the vis path tablet company failure to follow contracts and price setting with inmate.

To, governor laura Kelly notice of complaints.

*Union Supply Family Pack
program is Even sell products
They Oont Have in Stock
Taking Inmates money and
Tieing it up For 4 To 6 weeks
See: attached,*

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JAMES STRADER | 2000036315 | 11/13/25 18:35 CST | Black/White | B2 | 02,0B2247 |

From: JAMES STRADER on 11/09/25 13:16 CST

Date of November 9, 2025

Dear directors and officers
Addressed in front page face sheet
This is a letter to file official complaints to the better business bureau and the federal trade commission's and the board of hearings arts

1) what is in failure to monitor the contracted companies of the Aramark program to handle and care for our monies properly
To include also our properties
Our property purchases
Our dining hall meals purchases
Our pre paid retail cart purchases
Our exempt and non exempt custom purchases proper attemdance
(Centurion health)
2) failure to provide inmates with medications needed to stay healthy, stating the generic meds on canteen are cheaper when they are not
(Based centurion health-aramark/just Athena systems one and two out of date)
3) & 1 dangering our lives, with inadequate medical care and illegal artificial intellagence security/medical/mental health generic systems, that just with in mpp 05-105d generative artificial intelligence that the president of the united states has ordered vaccines for
Not allowing vaccines or proper meds for severe food allergys
For nerve pain and burn damage such as my neck effected from it
Doctor trimiong contracted for surgery in june 21-2023 only finding where he made a decision damaged thyroid causing eye problems and nerve damages that cause restless leg syndrome head aches, blurred vision equil librium off from head injury caused by officials
Only time comfortable is when up and working can't lay down and relax

4) aramark a private industry
Working inmates over 8 hrs a day 5 its out than wage pay but Aramark pay scale .17¢ to $1.71 a hr  With no over time pay
Plus the private industry guys that are inmates working 6 bar only paid 35 hrs a week though work 40 to 60 hrs a week

Sales of items at inflamed prices that some items state not for retail sale
Stuff purchased from wholesale clubs such as same club or Walmart

5) quick supply group
Owned by aramark
Sales of out dated items
Save by dates expired f

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JAMES STRADER | 2000036315 | 11/12/25 16:48 CST | Black/White | B2 | 02,0B2247 |

From: JAMES STRADER on 11/09/25 13:47 CST

Continued from page 2 section 5
Family package program and regular canteen
Meals and breaded meats safe by date, expired
Sweets and chips are stale a lot and sale by dates are expired
Plus price setting quarum
Inflated prices for off brand items
Shipping and handling fee is in nature when ware-house is in batch facility

K.D.O.C. Tablet company special link warp mig@secured and it solutions price setting and wanting personal information of our inmate and family not needed for security purposes such as video visits, phone calls, visits. They want credit card numbers and social security numbers and they are forced to maintain $25.00 balance on tablet email accounts, phone's that not on tablets as contracted failure to provide all functions with tablets.

Security staff and contracted staff have been charged and investigated by kdoc and even IRS for stealing inmate funds and identity theft inmates, some caught were allowed to keep jobs and just transfer departments.

Centurion's staff not all are licensed for the jobs they are placed in by kdoc some even have lost licenses because of issues within kdoc and before employment within kdoc.

This is endangered our families and our own and illegally trade with us
We are all citizens of the united states and have rights does not matter we are inmated

Interferences within our due process rights have none on in kdoc because of contracted staff and endangered our families and their lives with intentional torts to keep us out of court.

Whore fore by law and my legal rights.
I being in duress you the directors of
Federal trade commissions
Board of hearing aids
Better business bureau
And the governor's office's and attorney general and the president of the united states, to stop and investigate and prosecute all these matters and my innocence also being abridged in courts in due process rights over actions of kdoc officials.
See attached brief

Signature of James Strader #260900643
Date
Ksa#1-3865 certificate of service us mail

Exhibit

## IN THE DISTRICT COURT OF RENO COUNTY, KANSAS

JAMES STRADER,                                    Plaintiff,

vs                                                             CASE NO. 2025-CV-37

TRISH ROSE, et al.,                               Defendants.


### <u>ORDER OF DISMISSAL</u>

NOW, on this _____ day of October 2025, this matter comes before the Court upon a summary review of the petitioner's petition pursuant to K.S.A. 60-1505. Upon review of said petition and the records available to the Court, the Court finds as follows:

1.     On May 15, 2025, the petitioner filed his petition in the Reno County District Court making various claims for relief related to his conviction in Reno County, Kansas case #2003 CR 173 and Wyandotte County, Kansas case #2003 CR 389. After careful review of petitioner's petition, it is difficult for the Court to discern the exact nature of petitioner's claims; however, the claims center around the petitioner's convictions in the above referenced criminal cases. A review of the records available to the court indicate that petitioner's claims of constitutional violations regarding the above referenced criminal cases fall well beyond the one-year time limit set forth in K.S.A. 60-1507(f).

2.     Petitioner's petition further alleges that petitioner has suffered a violation of privacy rights through the use of artificial intelligence; however, petitioner provides the Court no factual

basis for those claims or the requested relief; consequently petitioner fails to state a claim upon which the Court may grant judgment.

IT IS THEREFORE ORDERED that the above captioned matter shall be and is hereby dismissed without prejudice.

IT IS SO ORDERED.

cc: James Strader
    Jon Graves