Page 1 of 30

In The United States District
Court of Kansas

Dec-1-2025

Letter To The Clerk

Dear Clerk,
This is a F.T.C. and Better Business complaint and This is a Fed. Law Suite and Tort Claim against City Confidential and Kansas officials involved under Bivens & Latter F.C.C. Should Have Records of The Shows and I am Been Abolished access To Look up addresses For Networks and all Has Been Removed From Lexis and Paper Back Book's of addresses and Phone Number's out of Date 2021 & 2022 Directories will Need the court To Help with Services & Locations, Sincerely

James Strader
#2000036315