**FILED**
**U.S. District Court**
**District of Kansas**
03/05/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMES C. STRADER,

                 **Plaintiff,**

       v.                                       **CASE NO. 25-3260-JWL**

CITY CONFIDENTIAL, et al.,

                 **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff James C. Strader, a state prisoner currently incarcerated at Hutchinson Correctional Facility ("HCF") in Hutchinson, Kansas, filed this civil action using the court-required form for complaints brought under 42 U.S.C. § 1983. (Doc. 1.) Plaintiff proceeds pro se and has paid the full filing fee. On February 4, 2026, the Court issued a memorandum and order to show cause ("MOSC") informing Plaintiff of deficiencies in the complaint and granting him time to show cause, in writing, why this matter should not be dismissed for failure to state a plausible claim for relief. (Doc. 7.)

On March 2, 2026, Plaintiff filed his response to the MOSC. (Doc. 8.) He stated that on February 6, 2024, he gave a motion to amend his complaint to an HCF staff member, who told Plaintiff he put it in the unit teams box for e-filing. *Id.* at 1. Because the Court had not yet received the filing, Plaintiff asked the Court to send him the form for filing an amended complaint and grant him 60 days in which to file an amended complaint. *Id.* On March 3, 2026, the Court issued an order liberally construing the response as a motion to amend complaint, granting the motion, allowing Plaintiff time in which to file an amended complaint, and directing the Clerk to send Plaintiff the required form. (Doc. 9.)

On March 4, 2026, the Court received from HCF an e-filing on Plaintiff's behalf that appears to be the motion to amend and the proposed amended complaint Plaintiff gave to HCF staff on February 6, 2026. (Doc. 10.) In light of this filing, the Court will direct the clerk to vacate the March 3, 2026 order (Doc. 9). The motion to amend (Doc. 10) will be granted and the proposed amended complaint (Doc. 10-1) and exhibits (Doc. 10-2) will be filed and become the controlling complaint and exhibits in this case. Plaintiff should not submit any other amended complaint or any other documents at this time. The Court will conduct the statutorily required review of the amended complaint and will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to **vacate** the March 3, 2026 order (**Doc. 9**) in light of the Court's receipt of Plaintiff's motion to amend and his proposed amended complaint and exhibits , which Plaintiff gave to HCF staff for e-filing on February 6, 2026.

**IT IS FURTHER ORDERED** that the motion to amend (**Doc. 10**) is **granted** and the Clerk is directed to file the proposed amended complaint and exhibits (Docs. 10-1 and 10-2) as the amended complaint and exhibits in this matter. Plaintiff should not submit any additional amended complaint at this time. The Court will screen the amended complaint and issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:  This 5th day of March, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2